IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-CR-110-D
No. 7:19-CV-103-D

| | | |
|---|---|---|
| EDWIN LEO BROWN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

For good cause shown upon the United States' unopposed request to establish a deadline for filing a motion for summary judgment in this matter, it is hereby ORDERED that the United States shall file a motion for summary judgment, supporting memorandum, and any supporting materials no later than November 17, 2021.

So ORDERED, this 19 day of October, 2021.

                                                  James C. Dever III
                                                  United States District Judge