IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-CR-110-D
No. 7:19-CV-103-D

| | |
|---|---|
| EDWIN LEO BROWN, | ) |
| Petitioner, | ) |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

This matter is before the Court upon the United States' consent motion to excuse the parties from the requirements of Local Civil Rule 56.1(a) in connection with the United States' request for summary judgment on Petitioner's § 2255 motion. For the reasons explained by the United States, and for good cause shown with the consent of the Petitioner, the United States' motion is GRANTED, and the Court hereby ORDERS that the parties are excused from complying with E.D.N.C. Local Civil Rule 56.1(a), are permitted to brief the United States' motion for summary judgment without providing a separate statement of material facts and supporting appendix, and may submit their supporting materials, if any, as appropriate exhibits to their respective memoranda.

SO ORDERED this the 8 day of December, 2021.

JAMES C. DEVER III
United States District Court Judge