IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-00110-D-1
No. 7:19-CV-00103-D

**Edwin Leo Brown**,

    Petitioner

v.

**United States of America,**

    Respondent.

**Order**

The court will reconvene the evidentiary hearing on Petitioner Edwin Leo Brown's remaining claim of ineffective assistance of counsel raised in his § 2255 motion on Tuesday, July 18, 2022 at 1:30 p.m. in the Terry Sanford Federal Building in Raleigh, North Carolina. The Clerk of Court and United States Marshal shall take the necessary steps to ensure that the Petitioner is present at the hearing.

The Clerk of Court will serve a copy of this Order on Brett Wentz, who is directed to appear at the hearing.

Dated: June 28, 2022.

*Robert T. Numbers II*
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE